IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMITH,<br><br>           Plaintiff,<br><br>  v.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>           Defendants. | Case No. 20-cv-05451-CRB<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. 64 |

Plaintiff has filed a motion for reconsideration (Dkt. 64) of the Court's Order granting Walgreens' and Costco's Motions to Dismiss. Dkt. 61. After carefully considering the Parties' submissions, the Court concludes that there is good cause to grant Plaintiff leave to amend the Complaint with respect to (a) Plaintiff's theory of intentional discrimination; and (b) the claims against Costco. Thus, the Court grants Plaintiff leave to amend the Complaint with respect to these issues and with respect to Plaintiff's disparate impact and reasonable accommodation theories as alleged against Walgreens. Plaintiff may also amend her state law claims brought under the Unruh Act and the UCL.

The newly amended Complaint shall be filed by March 22, 2021. This Order disposes of Dkt. 64.

**IT IS SO ORDERED.**

Dated: March 2, 2021.

CHARLES R. BREYER
United States District Judge