Kaspar J. Stoffelmayr (*pro hac vice*)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@ bartlitbeck.com.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4400

Alex J. Harris (*pro hac vice*)
Alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendants WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO. and WAGDCO, LLC*
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., WAGDCO, LLC, COSTCO WHOLESALE CORPORATION and DOES 1-10,<br><br>*Defendants*. | Case No. 3:20-cv-05451-CRB<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br>ORDER |

Pursuant to Civil L.R. 7-12, the parties in the above-captioned action hereby stipulate, subject to the Court's approval, to the following briefing schedule for motions to dismiss Plaintiff's Second Amended Complaint, Dkt. 71:  Defendants' motions to dismiss be filed no later than **April 21, 2021**, Plaintiff's opposition briefs be filed no later than **30 days** after the filing of any motion to dismiss; and Defendants' reply briefs be filed no later than **14 days** after the filing of any opposition brief.

Dated: April 1, 2021

By: */s/ Thomas D. Haklar*

    Thomas D. Haklar, CA Bar No. 169039
    Peggy J. Reali (Of Counsel) SBN 153102
    **LAW OFFICE OF**
     **THOMAS D. HAKLAR**
    320 Encinitas Blvd., Suite A
    Encinitas, CA  92024
    Tel.: (858) 481-5454
    Fax: (858) 720-9797
    thaklar@haklarlaw.com

    Scott D. Hirsch (*Pro Hac Vice*)
    **SCOTT HIRSCH LAW GROUP, PLLC**
    7301 W. Palmetto Park Road, #207A
    Boca Raton, FL  33433
    Tel.: (561) 569-7062
    scott@scotthirschlawgroup.com

    Robert Redfearn (*Pro Hac Vice*)
    Robert L. Redfearn, Jr. (*Pro Hac Vice*)
    **SIMON, PERAGINE, SMITH &**
     **REDFEARN, LLP**
    30th Floor, Energy Center
    1100 Poydras Street
    New Orleans, LA  70163-3000
    Tel:  (504) 569-2030
    Fax: (504) 569-2999
    Robertr@spsr-law.com
    Robertjr@spsr-law.com

    Mark Kepple
    **BAILEY & WYANT, PLLC**
    1219 Chapline St.
    Wheeling, WV  26003
    Tel.: (304) 233-3100
    Fax: (304) 343-3133
    mkepple@baileywyant.com

    Joseph A. Bruno
    **BRUNO & BRUNO**
    855 Baronne St.
    New Orleans, LA  70113

By: */s/ Kaspar J. Stoffelmayr*

    Kaspar J. Stoffelmayr (*Pro Hac Vice*)
    Katherine M. Swift (*Pro Hac Vice*)
    **BARTLIT BECK LLP**
    54 West Hubbard Street
    Chicago, IL  60654
    Tel:  (312) 494-4400
    Fax:  (312) 494-4440
    kaspar.stoffelmayr@bartlitbeck.com
    katherine.swift@bartlitbeck.com

    Alex J. Harris (*Pro Hac Vice)*
    **BARTLIT BECK LLP**
    1801 Wewatta Street, Suite 1200
    Denver, CO  80202
    Tel:  (303) 592-3100
    Fax:  (303) 592-3140
    alex.harris@bartlitbeck.com

    Charles J. Stevens (SBN 106981)
    Joshua D. Dick (SBN 268853)
    Kelsey J. Helland (SBN 298888)
    **GIBSON DUNN &**
     **CRUTCHER LLP**
    555 Mission Street, Suite 3000
    San Francisco, CA  94105
    Tel:  (415) 393-8200
    Fax:  (415) 393-8306
    cstevens@ginsondunn.com
    jdick@gibsondunn.com
    khelland@gibsondunn.com

    *Attorneys for Defendants WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., and WAGDCO, LLC*

| | |
|---|---|
| Tel: (504) 525-1335<br>Fax: (504) 581-1493<br>jbruno@brunobrunolaw.com<br><br>Ted Huge<br>**HARRIS & HUGE, LLC**<br>180 Spring Street<br>Charleston, SC  29403<br>Tel: (843) 805-8031<br>Fax: (843) 636-3375<br>ted@harrisandhuge.com<br><br>*Attorneys for Plaintiff* | By:  */s/ David J. Burman*<br><br>David J. Burman (*Pro Hac Vice*)<br>Abha Khanna (*Pro Hac Vice*)<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: (206) 359-8000<br>Fax: (206) 359-9000<br>DBurman@perkinscoie.com<br>AKhanna@perkinscoie.com<br><br>Abby L. Bloetscher (SBN 312759)<br>**PERKINS COIE LLP**<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Tel:  (415) 344-7000<br>Fax:  (415) 344-7050<br>ABloetscher@perkinscoie.com<br><br>*Attorneys for Defendant COSTCO WHOLESALE CORPORATION* |

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from all signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 5                              , 2021

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE