1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., WAGDCO, LLC, COSTCO WHOLESALE CORPORATION and DOES 1-10,<br><br>    Defendants. | Civil Case No.: 3:20-cv-05451-CRB<br><br>**[PROPOSED] ORDER GRANTING WALGREENS BOOTS ALLIANCE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Having considered Walgreens Boots Alliance, Inc.'s Motion to Dismiss Second Amended Complaint, the papers filed in support, all records on file with the Court in this case, and good cause appearing therefore, IT IS HEREBY ORDERED that Walgreens Boots Alliance, Inc.'s Motion to Dismiss is GRANTED and Walgreens Boots Alliance, Inc. is dismissed for lack of personal jurisdiction.

**IT IS SO ORDERED.**

DATED:_____    _____
                                   HON. CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE