David J. Burman, Washington Bar No. 10611
  (appearance *Pro Hac Vice*)
DBurman@perkinscoie.com
Abha Khanna, Washington Bar No. 42612
  (appearance *Pro Hac Vice*)
AKhanna@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Abby L. Bloetscher, Bar No. 312759
ABloetscher@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., WAGDCO, LLC, COSTCO WHOLESALE CORPORATION and DOES 1-10,<br><br>Defendants. | Case No. 3:20-cv-05451-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:       June 18, 2021<br>Time:       10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge:      Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Defendant Costco Wholesale Corporation ("Costco Wholesale") moved to dismiss Plaintiff's Second Amended Complaint in its entirety and with prejudice on the grounds that Plaintiff fail to state a claim for relief under Federal Rule of Civil Procedure Rule 12(b)(6).

After considering the moving papers, the papers filed in opposition thereto, and the other pleadings and documents on file in this case, the Court rules as follows: Costco Wholesale's Motion to Dismiss is **GRANTED** in its entirety and Plaintiff's Second Amended Complaint is dismissed as against Costco Wholesale without leave to amend.

**IT SO ORDERED.**

Dated: _____    _____
                                  Judge Charles R. Breyer