Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Susan Smith

Plaintiff(s),

v.

Walgreens Boots Alliance, Inc., et al.,

Defendant(s).

Case No: 3:20-cv-05451-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Scott D. Hirsch, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Susan Smith in the above-entitled action. My local co-counsel in this case is Thomas D. Haklar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7301 W. Palmetto Park Road, Suite, 207A BOCA RATON, FL 33433 | 320 Encinitas Blvd., Suite A Encinitas, CA 92024 |
| MY TELEPHONE # OF RECORD: (561) 569-7062 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (858) 481-5454 |
| MY EMAIL ADDRESS OF RECORD: scott@scotthirschlawgroup.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: thaklar@haklarlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 50833.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 9, 2020

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott D. Hirsch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 26, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    *October 2012*