# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 320 Encinitas Blvd, Suite A Encinitas, CA 92024.

I hereby certify that on May 21, 2021, the foregoing documents below were filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing system.

I further certify that on May 21, 2021, the foregoing documents were served on the following parties by means in the attached service list:

**Description of Document(s) filed and served:**

1. **PLAINTIFF'S OPPPOSITION TO DEFENDANT WALGREENS BOOTS ALLIANCE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

- SEE ATTACHED SERVICE LIST -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 21, 2021**

_____
Kristine Otamias

| **Attorneys for Plaintiff Susan Smith** | **Attorneys for Defendants Walgreens Boots Alliance, Inc, Wagdco, LLC and Costco Wholesale Corporation** |
|---|---|
| Thomas D. Haklar, CA Bar No. 169039<br>Peggy J. Reali (Of Counsel) SBN 153102<br>LAW OFFICE OF THOMAS D. HAKLAR<br>320 Encinitas Blvd., Suite A<br>Encinitas, CA 92024<br>Tel: (858) 481-5454<br>Fax: (858) 720-9797<br>thaklar@haklarlaw.com<br><br>Scott D. Hirsh (Pro Hac Vice)<br>SCOTT HIRSH LAW GROUP, PLLC<br>7301 W. Palmetto Park Road, #207A<br>Boca Raton, FL 33433<br>Tel: (561) 569-7062<br>scott@scotthirshlawgroup.com<br><br>Robert Redfearn<br>Robert L. Redfearn, Jr<br>SIMONE PEREGINE SMITH & REDFEARN<br>30th Floor Energy Center<br>1100 Poydras Street<br>New Orleans, LA 70163-3000<br>Tel: (504) 569-2030<br>Fax: (504) 569-2999<br>Robertr@spsr-law.com<br>Robertjr@spsr-law.com<br><br>Mark Kepple<br>BAILEY & WYANT, PLLC<br>1219 Chapline Street<br>Wheeling, WV 26003<br>Tel: (304) 233-3100<br>Fax: (304) 343-3133<br>mkepple@baileywyant.com<br><br>Joseph A. Bruno<br>BRUNO & BRUNO<br>855 Baronne Street<br>New Orleans, LA 70113 | Charles J. Stevens, CA Bar No. 106981<br>cstevens@gibsondunn.com<br>Joshua D. Dick, SBN 268888<br>jdick@gibsondunn.com<br>Kelsey J. Helland, SBN 268853<br>khelland@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br>Fax: (415) 393-8306<br><br>Kaspar J. Stoffelmayr (Pro Hac Vice)<br>Kaspar.stoffelmayr@bartlitbeck.com<br>Katherine M. Swift (Pro Hac Vice)<br>Katherine.swift@bartlitbeck.com<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440<br><br>Alex J. Harris (Pro Hac Vice)<br>alex.harris@bartlitbeck.com<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Tel: (303) 592-3100<br>Fax: (303) 592-3140 |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Tel: (504) 525-1335<br>Fax: (504) 581-1493<br>jbruno@brunobrunolaw.com<br><br>Ted Huge<br>HARRIS & HUGE, LLC<br>180 Spring Street<br>Charleston, SC 29403<br>Tel: (843) 805-8031<br>Fax: (843) 636-3375<br>Ted@harrisandhuge.com | David J. Burman (Pro Hac Vice)<br>DBurman@perkinscoie.com<br>Abha Khanna (Pro Hac Vice)<br>AKhanna@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: (206) 359-8000<br>Fax: (206) 359-9000<br><br>Abby L. Bloetscher, CA Bar No. 312759<br>ABloetscher@perkinscoie.com<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 344-7000<br>Fax: (415) 344-7050 |

CERTIFICATE OF SERVICE