Thomas D. Haklar, CA Bar No. 169039
Peggy J. Reali (Of Counsel) SBN 153102
**LAW OFFICE OF THOMAS D. HAKLAR**
320 Encinitas Blvd., Suite A
Encinitas, CA 92024
Tel.: (858) 481-5454
Fax: (858) 720-9797
thaklar@haklarlaw.com

Scott D. Hirsch (*Pro Hac Vice to be filed*)
**SCOTT HIRSCH LAW GROUP, PLLC**
7301 W Palmetto Park Rd #207A
Boca Raton, FL 33433
Tel.: (561) 569-7062
scott@scotthirschlawgroup.com

Attorneys for Plaintiff and Others Similarly Situated
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., WAGDCO, LLC, COSTCO WHOLESALE CORPORATION, and DOES 1-10,<br><br>*Defendants.* | Case No.: 3:20-cv-05451-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS TIME TO FILE A THIRD AMENDED COMPLAINT**<br><br>Honorable Charles R. Breyer |

All parties hereby stipulate and request that the court enter an order extending plaintiff's time to file its Third Amended Complaint by approximately 30 days. Good cause exists for the request:

1. Plaintiff filed its complaint on August 6, 2020, and all defendants were served with that complaint on September 29, 2020. The case was originally assigned to Magistrate Judge Thomas S. Hixon and subsequently reassigned to Judge James Donato on August 10, 2020.

2. On August 14, 2020, plaintiff filed a First Amended Complaint.

3. On October 14, 2020, the case was reassigned to Judge Charles R. Breyer.

4. On November 20, 2020, all defendants filed a Motion to Dismiss and a Motion to Dismiss for lack of Jurisdiction.

5. Plaintiffs filed their Opposition to defendants' motion to dismiss on December 29, 2020, and defendants filed their reply on January 12, 2021.

6. The court held a Zoom hearing regarding the defendant's motion to dismiss on January 28, 2021, and on February 3, 2021 granted defendants motions to dismiss, with a conditional leave to amend plaintiffs complaint.

7. Plaintiffs filed a Motion for Reconsideration on February 5, 2021, wherein the court granted plaintiff's leave to file their motion for reconsideration on February 8, 2021. The court granted plaintiffs motion for reconsideration to file a Second Amended Complaint on March 2, 2021, due to be filed by March 22, 2021.

8. Plaintiffs filed their Second Amended complaint on March 22, 2021. Defendants filed a motion to dismiss plaintiffs second amended complaint on April 21, 2021. Plaintiffs filed their opposition on May 21, 2021, and defendants reply was filed June 4, 2021.

9. On August 30, 2021, Judge Breyer issued an Order granting defendants motion to dismiss but with leave for plaintiffs to file an amended complaint within 30 days of this order.

10. On August 29, 2021, as reported nationally, Hurricane Ida hit Louisiana and impacted the New Orleans area. Plaintiff's counsel, Robert Redfearn, Robert Redfearn, Jr. and Joseph Bruno were all

affected by Hurricane Ida. In addition to property damage, electrical power to the entire city of New Orleans was knocked out and is currently in the process of being restored. Phone and internet service were also interrupted. As a result, Plaintiff's New Orleans counsel are only now getting back into their offices and catching up on communications and work. In the wake of that natural disaster Plaintiff has asked all defendants for an extension of an additional 30 days to file their Third Amended Complaint, wherein all defendants stipulate and agree to an extension of 30 days for plaintiffs to file their amended complaint.

Dated:  September  10, 2021

By: /s/ Thomas D. Haklar

Thomas D. Haklar, CA Bar No. 169039
Peggy J. Reali (Of Counsel) SBN 153102
LAW OFFICE OF THOMAS D. HAKLAR
320 Encinitas Blvd.., Suite A
Encinitas, CA 92024
Tel.: (858) 481-5454
Fax: (858) 720-9797
thaklar@haklarlaw.com


Robert Redfearn (*Pro Hac Vice*)
Robert L. Redfearn, Jr. (*Pro Hac Vice pending*)
**SIMON, PERAGINE, SMITH & REDFEARN, LLP**
30th Floor, Energy Center
1100 Poydras Street
New Orleans, La.  70163-3000
Tel:  (504) 569-2030
Fax: (504) 569-2999
Robertr@spsr-law.com
Robertjr@spsr-law.com

Mark Kepple (*Pro Hac Vice pending*)
**BAILEY & WYANT, PLLC**

By: /s/ Kasper J. Stoffelmayr

Kaspar J. Stoffelmayr (Pro Hac Vice)
kaspar.stoffelmayr@bartlitbeck.com
Katherin M. Swift (Pro Hac Vice)
katherin.swift@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440



Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105

Alex J. Harris (Pro Hac Vice)
alex.harris@bartlitbeck.com
**BARTLIT BECK LLP**

| | |
|---|---|
| 1219 Chapline St.<br>Wheeling, W. Va.  26003<br>Tel.: (304) 233-3100<br>Fax: (304) 343-3133<br>mkepple@baileywyant.com | 1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Tel:  (303) 592-3100<br>Fax:  (303) 592-3140 |

*Attorneys for Defendants WALGREENS BOOTS ALLIANCE, INC., WALGREEN CO., and WAGDCO, LLC*

Joseph A. Bruno (*Pro Hac Vice pending*)
**BRUNO & BRUNO**
855 Baronne St
New Orleans, LA 70113
Tel: (504) 525-1335
Fax: (504) 581-1493
jbruno@brunobrunolaw.com

By:/s/*David J. Burman*
DBurman@perkinscoie.com
Abha Khanna (Pro Hac Vice)
AKhanna@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Ted Huge (Pro Hac Vice)
**HARRIS & HARRIS LLC**
180 Spring Street
Tel: (843)805-8031
Fax: (843) 636-3375
Ted@harrisandhuge.com

Abby L. Bloetscher (SBN 312759)
ABloetscher@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel:  (415) 344-7000
Fax:  (415) 344-7050

*Attorneys for Plaintiff*

*Attorneys for Defendant COSTCO WHOLESALE CORPORATION*

## ORDER

Pursuant to stipulation, and for good cause shown, the parties' stipulation is GRANTED, and IT IS HEREBY ORDERED that the plaintiffs time to file their Third Amended Complaint is extended until October 29, 2021.

IT IS SO ORDERED.

DATED:  September 14, 2021

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE