IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-05451-CRB<br><br>**JUDGMENT** |

Having granted Defendant Walgreens' motion to dismiss with prejudice, the Court hereby enters judgment for the Defendant and against Plaintiff Susan Smith.

**IT IS SO ORDERED.**

Dated: September 9, 2022

CHARLES R. BREYER
United States District Judge